IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDI BYERS, REBECCA FARRIS      3:12-CV-01125-PK
individually, and as representatives
of a class of similarly situated    ORDER
persons,

       Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,
a foreign insurance company doing
business in the State of Oregon;
UNITED SERVICES AUTOMOBILE ASSOCIATION,
a foreign intra-insurance company doing
business in the State of Oregon; USAA
GENERAL  INDEMNITY COMPANY, a foreign
insurance company doing business
in the State of Oregon; USAA COUNTY
MUTUAL INSURANCE COMPANY, a foreign
insurance company doing business in
the State of Oregon; GARRISON PROPERTY
AND CASUALTY INSURANCE COMPANY, a
foreign insurance company doing business
in the State of Oregon; and JOHN DOES I-XX,

       Defendants.

1 - ORDER

**THANE TIENSON**
Landye Bennett Blumstein, LLP
3500 Wells Fargo Center
1300 S.W. Fifth Ave., Suite 3500
Portland, OR 97201
503-224-4100

       Attorneys for Plaintiffs

**APHRODITE KOKOLIS**
**DAVID C. SCOTT**
**JAY WILLIAMS**
**MARCI A. EISENSTEIN**
Schiff Hardin LLP
233 S. Wacker Dr.
Suite 6600
Chicago, Il 60606
312-258-5500

**MATTHEW C. CASEY**
**STUART DUNCAN JONES**
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 S.W. Fifth Ave.
Portland, OR 97204
503-499-4478

       Attorneys for Defendants

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued a Findings and Recommendation (#39) on September 28, 2012, in which he recommends the Court **GRANT** Plaintiffs' Motion (#22) for Voluntary Dismissal without prejudice, **DENY as moot** Defendants' Motion (#17) to Dismiss, **DENY as moot** Motions (#30, #31, #32) for Leave to Appear *Pro Hac Vice,* and **DISMISS** this case **without prejudice.**

    This matter is before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

2 - ORDER

## STANDARDS

Because no objection to the Magistrate Judge's Findings and Recommendations (#39) was timely filed by any party, this Court is relieved of its obligation to review the record *de novo*. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). The Court has reviewed the legal principles *de novo* and does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#39) and, accordingly, **GRANTS** Plaintiffs' Motion (#22) for Voluntary Dismissal without prejudice, **DENIES as moot** Defendants' Motion (#17) to Dismiss, **DENIES as moot** Plaintiffs' Motions (#30, #31, and #32) for Leave to Appear *Pro Hac Vice,* and **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 16th day of November, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER